THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID J. SAFRAN, Appellant, v ELIZABETH A. O'MEARA, as Superintendent of Gouverneur Correctional Facility, Respondent.

Decided October 22, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.